**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN AUSTIN, | CASE NO. 1:13-cv-02878-GBC |
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS |
| Defendant. | |
| | Docs. 1, 7, 8, 11, 14 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of John Austin and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying John Austin social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

2.1   Conduct a new administrative hearing, appropriately evaluate the medical evidence, and appropriately assess John Austin's limitations.

3. The Clerk of Court shall close this case.

Dated: July 23, 2015

s/Gerald B. Cohn_____
GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE